UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) AMY WINSLOW,<br>(2) MOHAMMAD HOSSEIN MALEKNIA,<br>and<br>(3) REBA DAOUST,<br><br>                Defendants | Case No. 23-CR-10094-PBS |

**JOINT FINAL STATUS REPORT**

Pursuant to Local Rule 116.5(C), the parties hereby file the following joint final status report prepared in connection with the final status conference scheduled for December 20, 2023.

(1)    No Request for Rule 11 Hearing

No defendant requests that the case be transferred to the District Court for a Rule 11 hearing.

(2)    Pretrial Conference Before the District Court

The Hon. Patti B. Saris conducted an Initial Status Conference on August 16, 2023, and issued a Pretrial Order on September 11, 2023 (ECF No. 56) (the "Pretrial Order"), which set a trial date of September 16, 2024.

(A)    Discovery Produced

*Government's position*:

> The government has produced all discoverable material and information in the possession, custody, or control of the government under Local Rule 116(c). In total, the government's productions have included more than two million Bates-stamped pages and files. With each production, the government produced an index describing the type and origin of documents pursuant to Local Rule 116.10. Although it exceeded the government's obligations under federal and local rules, the government produced the following materials to narrow the issues and identify the relevant documents within the voluminous production: grand jury exhibits, law enforcement reports of all non-victim witnesses, grand jury testimony of percipient

non-victim witnesses, and all immunity and proffer agreements, irrespective of whether the government intends to call the individual in its case-in-chief.

The government is aware of its ongoing obligation to produce discovery.

With its May 4, 2023, production, the government requested reciprocal discovery from the defendants; no such discovery has been produced at this time. Specifically, and without limitation, none of the defendants has produced any document within its possession, custody, or control, which it intends to offer in its case-in-chief at trial.

*Defendants' position*:

Defendants acknowledge that the government has produced certain categories of discovery in advance of their obligations to do so under the Federal Rules of Criminal Procedure and Local Rules for the District of Massachusetts. However, based on defendants' ongoing review of discovery, defendants intend to make additional requests to the government for materials and information absent from its productions to date and, once these requests have been submitted, will evaluate whether it is necessary to file motions with the Court as to any outstanding materials or information.

(B)    Discovery Requests and Timing of Additional Discovery Requests

Defendants requested additional discovery by letter dated May 19, 2023, which the government responded to by letter dated June 2, 2023 and in productions dated May 24, June 2, and June 23, 2023.

Defendants requested additional discovery by letter dated June 12, 2023, which the government responded to by letter dated June 26, 2023 and in a production dated July 21, 2023.

Defendants requested additional discovery by letter dated July 28, 2003, which the government responded to by letter dated August 11, 2023 and in productions dated August 14 and August 29, 2023.

Defendants requested additional discovery by letter dated August 10, 2023, which the government responded to by letter dated August 24, 2023.

Defendants requested additional discovery by letter dated October 16, 2023, which the government responded to by letter dated October 30, 2023 and in productions dated October 31 and November 14, 2023.

The defendants are in the process of reviewing the government's discovery produced to date and are evaluating the need for any additional requests.

(C)     <u>Motions Under Fed. R. Crim. P. 12(b)</u>

No dispositive and/or severance motions were filed on or before the December 4, 2023 deadline. *See* ECF No. 69.

(D)     <u>Periods of Excusable Delay under the Speedy Trial Act</u>

The Court has previously excluded the time from April 4, 2023 until December 20, 2023 (ECF Nos. 15, 29, 39, 47, 63, 67). The Pretrial Order excluded all time until September 16, 2024, pursuant to 18 U.S.C. § 3161 (h)(7)(A), in the interests of justice, *e.g.,* review of the case, review of evidence, investigation, evaluation of discovery and dispositive motions, and consideration of alternatives concerning how best to proceed with this matter, support the requested exclusion of time.

(E)     <u>Estimated Length of Trial</u>

The government estimates its case in chief will take 20-25 trial days, including cross examination by the defendants. The defendants estimate that their defense case will take 6-8 trial days.

Respectfully submitted,

| | |
|---|---|
| AMY WINSLOW,<br><br>By her attorney,<br><br> /s/ William J. Trach<br>William J. Trach (BBO #661401)<br>David C. Tolley (BBO #676222)<br>Nathan A. Sandals (BBO #696032)<br>Patricia Amselem (BBO #705088)<br>Latham & Watkins LLP<br>200 Clarendon Street<br>Boston, MA 02116<br><br><br>HOSSEIN MALEKNIA,<br><br>By his attorney,<br><br> /s/ George W. Vien<br>Michelle R. Pascucci (BBO #690889)<br>George W. Vien (BBO #547411)<br>Donnelly, Conroy, and Gelhaar LLP<br>260 Franklin Street, Suite 1600<br>Boston, MA 02110<br><br><br>REBA DAOUST,<br><br>By her attorney,<br><br> /s/ Laura B. Angelini<br>Laura B. Angelini (BBO #658647)<br>Michael J. Connolly (BBO #638611)<br>Tara A. Singh (BBO #697128)<br>Hinckley Allen<br>28 State Street<br>Boston, MA 02109-1775 | UNITED STATES OF AMERICA,<br><br>By its attorney,<br><br>JOSHUA S. LEVY<br>Acting United States Attorney<br><br> /s/ Kelly Begg Lawrence<br>ELYSA Q. WAN<br>JAMES D. HERBERT<br>KELLY BEGG LAWRENCE<br>DAVID DERUSHA<br>Assistant United States Attorneys<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210 |

Dated:  December 14, 2023

**CERTIFICATE OF SERVICE**

      Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                */s/ Kelly Begg Lawrence*
                                                Kelly Begg Lawrence
                                                Assistant United States Attorney

Dated:  September 26, 2023