UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>(1)  AMY WINSLOW,<br>(2)  MOHAMMAD HOSSEIN MALEKNIA,<br>and<br>(3)  REBA DAOUST,<br><br>              Defendants | Case No. 23-CR-10094-PBS |

**JOINT STATUS REPORT**

Pursuant to the Court's Order at the Status Conference on April 25, 2024 (Doc. 111), the parties respectfully submit the following further status report concerning the Defendants' Motion to Compel:

Without waiving any arguments in their Motion to Compel or their ongoing right to propound document requests, the defendants have submitted to the government a narrower discovery request, which the government has communicated to counsel for the Food and Drug Administration (FDA), without prejudice to the government's position that the requested documents are not within the government's possession, custody, or control.  The parties are identifying the appropriate custodians for these documents and are working toward an agreed-

upon set of search terms.

                                                                      Respectfully submitted,

| | |
|---|---|
| AMY WINSLOW, | UNITED STATES OF AMERICA, |
| By her attorney, | By its attorney, |
| */s/ William J. Trach* | JOSHUA S. LEVY |
| William J. Trach (BBO #661401) | Acting United States Attorney |
| David C. Tolley (BBO #676222) | |
| Nathan A. Sandals (BBO #696032) | */s/ Kelly Begg Lawrence* |
| Patricia Amselem (BBO #705088) | JAMES D. HERBERT |
| Latham & Watkins LLP | KELLY BEGG LAWRENCE |
| 200 Clarendon Street | ELYSA Q. WAN |
| Boston, MA 02116 | LESLIE WRIGHT |
| | Assistant United States Attorneys |
| | John Joseph Moakley U.S. Courthouse |
| HOSSEIN MALEKNIA, | One Courthouse Way, Suite 9200 |
| | Boston, MA 02210 |
| By his attorney, | |
| */s/ George W. Vien* | |
| Michelle R. Pascucci (BBO #690889) | |
| George W. Vien (BBO #547411) | |
| Donnelly, Conroy, and Gelhaar LLP | |
| 260 Franklin Street, Suite 1600 | |
| Boston, MA 02110 | |
| | |
| REBA DAOUST, | |
| By her attorney, | |
| */s/ Laura B. Angelini* | |
| Laura B. Angelini (BBO #658647) | |
| Michael J. Connolly (BBO #638611) | |
| Tara A. Singh (BBO #697128) | |
| Hinckley Allen | |
| 28 State Street | |
| Boston, MA 02109-1775 | |

Dated: May 3, 2024

## CERTIFICATE OF SERVICE

      Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                /s/ *James D. Herbert*
                                                James D. Herbert
                                                Assistant United States Attorney

Dated:  May 3, 2024