# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

AMY WINSLOW,
MOHAMMAD HOSSEIN MALEKNIA, and
REBA DAOUST,

*Defendants.*

Case No. 1:23-cr-10094-PBS

## UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL FOR DEFENDANTS' MOTIONS *IN LIMINE*

Pursuant to Local Rule 7.2 and the Protective Order in this action (Dkt. No. 35), Defendants Amy Winslow, Mohammad Hossein Maleknia, and Reba Daoust (together, the "Defendants") hereby respectfully move for leave to file under seal various documents in connection with their forthcoming Motions *In Limine* filed on January 30, 2025 (collectively, the "Motions *In Limine*").

According to the Protective Order entered in this case, a producing party may designate documents as "Confidential." Dkt. No. 35. Such confidential information must be filed with the Court under seal. *Id.* ¶ 6. Additionally, records relating to grand jury proceedings must be "kept under seal to the extent and as long as necessary to prevent the unauthorized disclosure" of a grand jury matter. Fed. R. Crim. P. 6(e)(6); D. Mass Local R. 106.1.

Defendants submit that there is good cause to seal certain documents that Defendants will identify as such in their forthcoming Motions *In Limine* because they (1) contain agency documents and deliberations, which the government has designated as confidential consistent with the Court's order, (2) contain sensitive internal communications involving the Defendants related

to Magellan's LeadCare devices, which Magellan Diagnostics and Ampersand Capital Partners have designated as confidential consistent with the Court's order, and (3) include non-public grand jury materials.

WHEREFORE, Defendants respectfully request the Court grant this Motion seeking leave to file certain documents under seal.

[SIGNATURE PAGE FOLLOWS]

Dated:  January 30, 2025

Respectfully submitted,

AMY WINSLOW,

By her attorneys,

/s/ Nathan A. Sandals
William J. Trach (BBO #661401)
David C. Tolley (BBO #676222)
Nathan A. Sandals (BBO #696032)
Patricia Amselem (BBO #705088)
Latham & Watkins LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
william.trach@lw.com
david.tolley@lw.com
nathan.sandals@lw.com
patricia.amselembensadon@lw.com

Terra Reynolds (*pro hac vice*)
Latham & Watkins LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
terra.reynolds@lw.com

MOHAMMAD HOSSEIN MALEKNIA,

By his attorneys,

/s/ Emma Notis-McConarty
George W. Vien (BBO #547411)
Michelle R. Pascucci (BBO #690889)
Emma Notis-McConarty (BBO# 696405)
Donnelly, Conroy, and Gelhaar LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Telephone: 617-720-2880
gwv@dcglaw.com
mrp@dcglaw.com
enm@dcglaw.com

REBA DAOUST

By her attorneys,

*/s/ Tara A. Singh*
Michael J. Connolly (BBO #638611)
Laura B. Angelini (BBO #658647)
Tara A. Singh (BBO #697128)
Hinckley Allen
28 State Street
Boston, MA 02109-1775
Telephone: 617-345-9000
mconnolly@hinckleyallen.com
langelini@hinckleyallen.com
tsingh@hinckleyallen.com

## LOCAL RULE 7.1 AND 112.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2) and 112.1, I hereby certify that counsel for the Defendants have in good faith conferred with counsel for the government regarding the relief requested in this motion, and on January 27, 2025, counsel for the government confirmed they do not oppose the motion.

*/s/ Nathan A. Sandals*
Nathan A. Sandals

## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent on January 30, 2025 to those identified as non-registered participants.

*/s/ Nathan A. Sandals*
Nathan A. Sandals