UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　*v.*<br><br>AMY WINSLOW,<br>MOHAMMAD HOSSEIN MALENKIA,<br>and REBA DAOUST<br><br>　　　　　　　　*Defendants*. | Case No. 1:23-cr-10094-PBS |

**UNOPPOSED MOTION FOR LEAVE TO FILE
REPLIES IN SUPPORT OF THREE MOTIONS *IN LIMINE***

　　　　Pursuant to Local Rules 7.1(b)(3) and 112.1, Defendants Amy Winslow and Mohammad Hossein Maleknia (collectively, the "Defendants"), respectfully move this Court for leave to file a reply in support of three of their Motions *in Limine* filed in this matter (the "Motions") (Dkt. Nos. 215, 218, and 220).  The government does not oppose this motion.  If granted leave, the Defendants would file the replies attached hereto as Exhibits A-C.

　　　　As grounds for their Motion, the Defendants state as follows:

　　　　1.　　On January 30, 2025, the Defendants filed the Motions (Dkt. Nos. 215, 218, and 220).

　　　　2.　　On February 24, 2025, the government filed its oppositions to the Motions (Dkt. Nos. 236, 241, and 242).

　　　　3.　　If granted leave, the Defendants would file the replies attached hereto as Exhibits A-C, which directly respond to legal and factual contentions raised in the government's oppositions in order to clarify the issues for the Court.

4. The government does not oppose this motion.

WHEREFORE, the Defendants respectfully request that this Court allow this unopposed motion, granting the Defendants leave to file the replies attached hereto as Exhibits A-C.

Dated: March 3, 2025

Respectfully submitted,

AMY WINSLOW,

By her attorneys,

/s/ *William J. Trach.*
William J. Trach (BBO# 661401)
Nathan A. Sandals (BBO# 696032)
Latham & Watkins LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
william.trach@lw.com
nathan.sandals@lw.com

Terra Reynolds (*pro hac vice*)
Latham & Watkins LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
terra.reynolds@lw.com

MOHAMMAD HOSSEIN MALEKNIA,

By his attorneys,

/s/ *George W. Vien*
George W. Vien (BBO# 547411)
Michelle R. Pascucci (BBO# 690889)
Emma Notis-McConarty (BBO# 696405)
Donnelly, Conroy, and Gelhaar LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Telephone: 617-720-2880
gwv@dcglaw.com
mrp@dcglaw.com
enm@dcglaw.com

**LOCAL RULES 7.1 AND 112.1 CERTIFICATION**

      Pursuant to L.R. 7.1(a)(2) and 112.1, I hereby certify that on March 3, 2025 I conferred with counsel for the government regarding the relief requested in this motion, and the government does not oppose this motion.

                                          /s/ *Nathan A. Sandals*
                                          Nathan A. Sandals

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those identified as non-registered participants on March 3, 2025.

                                          /s/ *William J. Trach*
                                          William J. Trach